nancycastronewstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY MARY P. CASTRO, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00044-02 <br><br> **STIPULATION OF PARTIES TO CONTINUE STATUS HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel Curtis Van De Veld, hereby stipulate to continue the Status Hearing currently scheduled for Monday, September 26, 2005, at 9:30 p.m., and that it be rescheduled to a date approximately three month thereafter, to be selected by the court.

SO STIPULATED.

DATE: 12 Sept. 05

_____
CURTIS VAN DE VELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATE: 9/9/05

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney