1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagåtña, Guam  96910
   Telephone:  (671) 472-7332
5  Telecopier:  (671) 472-7334

6  Attorneys for United States of America

7

8          IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF GUAM

10

11 UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 05-00044
                                      )
12                      Plaintiff,    )
                                      )
13          vs.                       )           O R D E R
                                      )
14 NANCY MARY P. REYES,               )
                                      )
15                      Defendant.    )
   _____   )

16

17     **IT IS SO ORDERED** that the Status Hearing currently scheduled for September 26,

18 2005, is hereby rescheduled to December 15, 2005 at 2:00 p.m.

19

20 DATE: September 21 , 2005

21                                    JOAQUIN V.E. MANIBUSAN, JR.
                                      U.S. Magistrate Judge
22                                    District Court of Guam

23

24

25

26                    *ORIGINAL*

27

28

**FILED**

DISTRICT COURT OF GUAM

SEP 2 1 2005

MARY L.M. MORAN
CLERK OF COURT