nancycastro6stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
DEC 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00044 |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATED MOTION TO** |
| vs. | ) **VACATE STATUS HEARING;** |
| | ) **UNSEAL RECORD AND SET** |
| NANCY MARY P. REYES CASTRO, | ) **SENTENCING DATE** |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, Curtis VandeVeld, hereby motion this Honorable Court to vacate the Status Hearing currently scheduled for December 15, 2005, to unseal the record, and to set a sentencing date in the above matter.

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case.

14 Dec 05
DATE

CURTIS VANDEVELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

12/14/05
DATE

By: KARON V. JOHNSON
Assistant U.S. Attorney