ORIGINAL

psr

LEONARDO M. RAPADAS
United States Attorney

Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 10 2006 ᗢP
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY MARY P. REYES CASTRO,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00044 ᗢP<br><br>**AMENDED<br>GOVERNMENT'S STATEMENT<br>ADOPTING FINDINGS OF<br>PRESENTENCE REPORT** |

　　　On March 2, 2006, the United States adopted the findings of the Presentence Report and motioned for a one-level departure for the above defendant.

　　　The government would like to amend its adoption. Correction is needed on paragraph No 14, Related cases. There is a related case, <u>United States v. Jason Senesi</u>, CR 05-00059.

　　　Respectfully submitted this 10th day of March 2006.

　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　　By: /s/ Karon V. Johnson
　　　　　　　　　　　　　　　KARON V. JOHNSON
　　　　　　　　　　　　　　　Assistant U.S. Attorney