VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

Attorneys for Defendant: NANCY MARY P. REYES CASTRO

FILED
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES OF AMERICA

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKIE A. B. CASTRO and <br> NANCY MARY P. REYES CASTRO, <br><br> Defendant. | Criminal Case No. CR05-00044-002 <br><br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** |

COME NOW the UNITED STATES OF AMERICA by the United States Attorney Leonardo M. Rapadas, through Assistant United States Attorney Karon V. Johnson, Esq., and the Defendant NANCY MARY P. REYES CASTRO, by and through her court appointed counsel, Curtis C. Van de veld, Esq., of VAN DE VELD SHIMIZU CANTO & FISHER to stipulate and agree that the sentencing hearing scheduled for April 6, 2006, should be continued for one week to April 13, 2006, as counsel for the parties will be appearing in San Francisco, California on April 7, 2006, regarding appellate arguments to the Court of Appeals for the Ninth Circuit.

/ / /

/ / /

SO STIPULATED:

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Mr. LEONARDO M. RAPADAS, Esq.<br>United States Attorney<br>for the District of Guam | VAN DE VELD SHIMIZU CANTO & FISHER |

By: /s/ Karon V. Johnson
Ms. Karon V. Johnson, Esq.
Assistant United States Attorney

Dated: March 13, 2006

/s/ Curtis C. Van de Veld
CURTIS C. VAN DE VELD
Attorney for Defendant
NANCY MARY P. REYES CASTRO

Dated: March 11, 2006.

CCV:ccv
VSCF/N.M.P.R. CASTRO/CR000605