Van de veld Shimizu Canto Fisher
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

Attorneys for Defendant: NANCY MARY P. REYES CASTRO

FILED
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKIE A. B. CASTRO and <br> NANCY MARY P. REYES CASTRO, <br><br> Defendant. | Criminal Case No. CR05-00044-002 <br><br><br> **ORDER** <br> **CONTINUING SENTENCING HEARING** |

### * * * ORDER * * *

THIS MATTER having come to the attention of the Court upon the stipulation of the parties and good cause appearing therefrom;

**IT IS HEREBY ORDERED** that the SENTENCING hearing scheduled for April 6, 2006, is hereby continued to April 13, 2006, at 10:15 a.m.

SO ORDERED this 14th day of March 2006.

_____
JOAQUIN V.E. MANIBUSAN JR.
U.S. Magistrate Judge

UNITED STATES OF AMERICA, Plaintiff v. NANCY MARY P. REYES CASTRO, Defendant
ORDER CONTINUING SENTENCING HEARING
CRIMINAL CASE NO. CR05-00044-002
Page 1
Case 1:05-cr-00044    Document 26    Filed 03/14/2006    Page 1 of 1

ORIGINAL