nancycastro5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY MARY P. REYES CASTRO,<br><br>Defendant. | CRIMINAL CASE NO. 05-00044<br><br>**GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE** |

The United States hereby moves this Honorable Court for a departure from the Guidelines total offense level of 33, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. Defendant's present offense level of 33 calls for a range of 135-168 months incarceration. The government is recommending that defendant total offense level be

//
//
//
//
//

reduced by three levels to 30, which provides for a range of 97-112 months incarceration. The government is recommending that defendant receive 97 months incarceration.

RESPECTFULLY SUBMITTED this __20th__ day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Blackford
KARON V. JOHNSON
Assistant U.S. Attorney

- 2 -