

FILED
DISTRICT COURT OF GUAM
MAR 22 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY MARY P. REYES CASTRO, <br><br> Defendant. | Criminal Case No. 05-00044 <br><br> ORDER |

The sentencing hearing in this case is presently scheduled for April 13, 2006, before the Honorable Roger T. Benitez.* The parties should come prepared to address the concerns of the defendant as set forth in Defendant's First Amended Statement of Position Concerning the Presentence Report. To that end, the parties are to subpoena any witnesses they deem might be necessary for an evidentiary hearing.

SO ORDERED this 22nd day of March, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable Ricardo S. Martinez, United States District Judge for the District Judge for Southern District of California, by designation.