GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Nancy Mary P. Reyes Castro,<br><br>Defendant. | Case No. 1:05-cr-00044-002 |

# NOTICE OF ENTRY OF JUDGMENT

   **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

*Judgment in a Criminal Case filed April 18, 2006*
*Date of Entry:  April 19, 2006*

The original judgment is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** April 19, 2006                                                                                    Clerk of Court
                                                                                                                        **/s/ Mary L.M. Moran**