VAN DE VELD SHIMIZU CANTO & FISHER
Counselors and Attorneys At Law
Dela Corte Bldg., Suite 101
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Defendant-Appellant: NANCY MARY P. REYES CASTRO

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00044-002 |
| Plaintiff-Appellee, | |
| vs. | **NOTICE OF APPEAL** |
| NANCY MARY P. REYES CASTRO, | |
| Defendant-Appellant. | |

NOTICE IS HEREBY GIVEN that the Defendant-Appellant, NANCY MARY P. REYES CASTRO, through counsel, hereby appeals Defendant-Appellant's sentence imposed in the above entitled case to the United States Court of Appeals for the 9th Circuit.

Respectfully submitted this Wednesday, April 19, 2006.

VAN DE VELD SHIMIZU CANTO & FISHER

**CURTIS C. VAN DE VELD, ESQ.**
*Attorney for Defendant-Appellant*
*NANCY MARY P. REYES CASTRO*

# CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed, to be served on counsel for Plaintiff UNITED STATES OF AMERICA on April 20, 2006, via hand delivery at the following address:

Ms. Karon V. Johnson, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
District Of Guam
Criminal Division
6th Floor, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910

Dated: Wednesday, April 19, 2006.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
Curtis C. Van de veld
Attorney for Defendant

CCV:ccv
VSCF/N.M. P.R. CASTRO/CR000609