UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
DEC 0 5 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10260 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00044-2-RTB |
| v. | District of Guam, Agana |
| NANCY MARY P. REYES CASTRO, | ORDER |
| Defendant - Appellant. | |

FILED
DISTRICT COURT OF GUAM
DEC 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

Appellant's opening brief was due July 31, 2006. On September 7, 2006, the court ordered appellant's appointed counsel, Curtis C. Van de Veld, Esq., to file the opening brief within 14 days and file a motion for relief from default. Counsel did not comply. On October 24, 2006, counsel Van de Veld was given one final opportunity to prosecute this appeal. The court ordered counsel, within 14 days, to file the opening brief, excerpts of record, and a motion for relief from default. Alternatively, the court ordered counsel, within 14 days, to file a motion under Ninth Circuit Rule 4-1(c) to be relieved as counsel and for appointment of new counsel, if counsel was unable to prosecute this appeal. The court warned that failure to respond timely to the order might result in the imposition of

ORIGINAL

sanctions on counsel, a determination deeming counsel ineligible to receive appellate appointments under the Criminal Justice Act, and no compensation to counsel under the Criminal Justice Act for this representation. To date, counsel has not complied with the court's orders.

The court, on its own motion, relieves Curtis C. Van de Veld, Esq., 167 E. Marine Corps Drive, Suite 101, Hagåtña, Guam 96910, as appellant's counsel of record. New counsel will be appointed by separate order. No compensation shall be awarded to counsel Van de Veld under the Criminal Justice Act for this representation.

The Clerk shall serve a copy of this order by facsimile transmission on Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam 96910, (FAX: (671) 473-9152), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel within 14 days of locating counsel.

The certificate of record was filed on July 5, 2006. Accordingly, the opening brief and excerpts of record are due February 12, 2007; the answering

brief is due March 14, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

Within 14 days after the date of this order, Curtis C. Van de Veld, Esq., shall show cause in writing why this court should not impose on counsel Van de Veld monetary sanctions not less than $1,000.00 and deem counsel Van de Veld ineligible to receive appellate appointments under the Criminal Justice Act. Failure to file a timely response or to provide an adequate explanation may result in the imposition of sanctions without further notice.

The Clerk shall serve this order on former counsel Van de Veld by certified mail (return receipt requested).

*Peter L. Shaw*
General Order 6.3(e)