# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**NANCY MARY P. REYES CASTRO,**<br><br>Defendant. | CRIMINAL CASE NO. **05-00044-002**<br>Court of Appeals No. **06-10260**<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **SAMUEL S. TEKER** is appointed to represent the defendant in the above-entitled case pursuant to the Order issued from the Ninth Circuit Court of Appeals, filed December 11, 2006.

Dated this 19th day of January 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge