# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>NANCY MARY P. REYES CASTRO,<br><br>Defendant - Appellant. | No. 06-10260<br>D.C. No. CR-05-00044-2-RTB<br><br>**JUDGMENT** |

**FILED**
DISTRICT COURT OF GUAM
SEP 20 2007
JEANNE G. QUINATA
Clerk of Court

Appeal from the United States District Court for the USDC - UNITED STATES DISTRICT COURT OF GUAM (HAGATNA).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the USDC - UNITED STATES DISTRICT COURT OF GUAM (HAGATNA) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/20/07

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

SEP 13 2007

by:_____

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

SEP 13 2007

by:_____

FILED

AUG 20 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>NANCY MARY P. REYES CASTRO,<br><br>Defendant - Appellant. | No. 06-10260<br><br>D.C. No. CR-05-00044-2-RTB<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Guam
Roger T. Benitez, District Judge, Presiding

Submitted August 13, 2007**

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

Nancy Mary P. Reyes Castro appeals from the 78-month sentence imposed following her guilty-plea conviction for illegal possession of a firearm, in violation of 18 U.S.C. § 922(g), and distribution of at least 50 grams of

---

    \*     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    \*\*     This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

methamphetamine, in violation of 21 U.S.C. § 841(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

After reviewing the record, we cannot say that the district court clearly erred when it denied appellant relief under the safety valve. *See United States v. Ajugwo*, 82 F.3d 925, 929 (9th Cir. 1996) (reviewing denial of safety-valve relief for clear error). To the extent the district court should have specifically addressed the safety-valve criteria on the record at the sentencing hearing, *see* Fed. R. Crim. P. 32(i)(3)(B), we find no plain error in its failure to do so. That failure did not affect appellant's substantial rights inasmuch as she received a sentence below the 10-year mandatory minimum sentence applicable to her crime. *See* Fed. R. Crim. P. 52(b) (stating that claims not raised in the district court cannot lead to reversal on appeal unless they affect the defendant's substantial rights); *cf. also United States v. Benz*, 472 F.3d 657, 661-62 (9th Cir. 2006) (holding that error relating to the mandatory minimum affects a defendant's substantial rights).

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

SEP 13 2007

by: _____
Deputy Clerk